UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION


UNITED STATES OF AMERICA      )      DOCKET NO. 1:06MJ247

                      )

       vs.                   )      <u>ORDER FOR DISMISSAL</u>

                      )

DAVID W. STAEGER            )


      Leave of Court is hereby granted for the dismissal of the Complaint in the above-captioned case without prejudice.

      The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

                     Signed: October 10, 2006


                   Dennis L. Howell
                   United States Magistrate Judge